FILED
RICHARD W. NAGEL
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JUN -9 2026 4: 22 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. |
| | : | **3:26 cr 057** |
| **Plaintiff,** | : | I N D I C T M E N T |
| | : | |
| **v.** | : | 18 U.S.C. § 922(g)(5)(A) |
| | : | 18 U.S.C. § 922(g)(1) |
| **1. ANGEL SANTOS-RODAS** | : | 18 U.S.C. § 924(h) |
| **a/k/a Sicario** | : | 18 U.S.C. § 933(a)(1) |
| | : | 21 U.S.C. § 841(a)(1) |
| **2. BRANDON HEISLE** | : | |
| | : | **THOMAS M. ROSE** |
| **3. JEREMY WRIGHT,** | : | |
| | : | |
| **Defendants.** | : | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 933(a)(1) and 933(a)(3)]

Between on or about May 2026 and on or about May 13, 2026, in the Southern District of Ohio, defendants **ANGEL SANTOS-RODAS also known as ("a/k/a") Sicario ("SANTOS-RODAS"), BRANDON HEISLE ("HEISLE"), JEREMY WRIGHT ("WRIGHT"),** and others unknown to the Grand Jury, knowingly conspired to ship, to transport, to transfer, and to cause to be transported, and to otherwise dispose of firearms, including, but not limited:

| DEFENDANT | DATE | FIREARM(S) |
|---|---|---|
| SANTOS-RODAS HEISLE | 5/4/2026 | Taurus, G2C, 9mm caliber pistol |
| SANTOS-RODAS HEISLE WRIGHT | 5/4/2026 | Aero Precision, Model X15<br><br>Smith & Wesson, M&P 40c, .40 caliber pistol<br><br>Sig Sauer, P224 SAS, .40 caliber pistol |
| SANTOS-RODAS | 5/5/2026 | Mossberg, model 835, 12-gauge shotgun |
| SANTOS-RODAS | 5/6/2026 | Taurus, G2C, 9mm caliber pistol |
| SANTOS-RODAS | 5/7/2026 | Hunter Arms Co., model Fulton, 12-gauge shotgun<br><br>Remington, model 341, .22 caliber rifle |
| SANTOS-RODAS | 5/13/2026 | Taurus, Model PT 100 AFS, .40 caliber pistol |

to a recipient, in or otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient would constitute a felony as defined in Title 18, United States Code, Section 932(a).

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(a)(3).

COUNT TWO

[18 U.S.C. § 924(h)]

Between on or around May 2026 and on or about May 13, 2026, in the Southern District of Ohio, defendants **SANTOS-RODAS, HEISLE, WRIGHT,** and others unknown to the Grand Jury, knowingly conspired to knowingly transfer firearms – namely, the firearms listed in the chart under Count One above – knowing and having reasonable cause to believe that that the firearms would be used in a drug trafficking crime as defined under Title 18, United States Code, Section 932(a).

All in violation of Title 18, United States Code, Section 924(h).

COUNTS THREE THROUGH FOUR

[18 U.S.C. §§ 922(g)(1) and 924(a)(8)]

On or about the dates below (with each date constituting an individual count herein), in the Southern District of Ohio, the defendant identified below, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and this firearm was in and affecting commerce, and had been shipped and transported in interstate and foreign commerce:

| COUNT | DEFENDANT | DATE |
|-------|-----------|------|
| THREE | **HEISLE** | 5/4/2026 |
| FOUR | **WRIGHT** | 5/4/2026 |

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNTS FIVE THROUGH SEVEN

[18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8)]

On or about the dates below (with each date constituting an individual count herein), in the Southern District of Ohio, defendant **SANTOS-RODAS**, knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed a firearm, and this firearm was in and affecting commerce, and had been shipped and transported in interstate and foreign commerce:

| COUNT | DATE |
|-------|------|
| FIVE | 5/5/2026 |
| SIX | 5/7/2026 |
| SEVEN | 5/13/2026 |

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNTS EIGHT THROUGH NINE

[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]

On or about the dates below (with each date constituting an individual count herein), in the Southern District of Ohio, defendant **SANTOS-RODAS** knowingly and intentionally distributed the controlled substance alleged in each specific count:

| COUNT | DATE | CONTROLLED SUBSTANCE |
|---|---|---|
| EIGHT | 5/5/2026 | a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance |
| NINE | 5/7/2026 | a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance |

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL

S/

Foreperson

DOMINICK S. GERACE II
United States Attorney

KELLY K. ROSSI
Assistant United States Attorney

Page **5** of **5**